# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APRIL LYNN ROSE,<br><br>Defendant. | Case No. CR-22-107-GF-BMM<br><br><br>**ORDER** |

    Counsel for Defendant April Lynn Rose has filed a Motion for witness Lutisha McFarland to appear at the sentencing hearing through remote means. The Government has no objections to the Motion. Therefore,

    IT IS ORDERED that Defendant's Unopposed Motion for Sentencing Witness to Appear Through Remote Means is GRANTED. Defendant will coordinate this remote appearance with the Clerk of Court's Office.

    DATED this 30th day of October, 2023.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court