# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 22-107-GF-BMM** |
| Plaintiff, | **ORDER** |
| vs. | |
| APRIL LYNN ROSE, | |
| Defendant. | |

Defendant, April Lynn Rose, having filed an Unopposed Motion to Appear via Video (Zoom) for Initial Appearance;

IT IS HEREBY ORDERED the Defendant, April Lynn Rose may appear via video using Zoom for the Initial Appearance, currently scheduled for Monday, June 8, 2026, at 10:30 a.m. Defense counsel will contact the Clerk of Court's Office for the Zoom link.

DATED this 4th day of June, 2026.

John Johnston
United States Magistrate Judge

1